## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WISCONSIN

Ronald Slavin,

    Petitioner,

v.                                            Civil Action No:  10-CV-151

Aveion Cason,

    Respondent.

### DEFAULT JUDGMENT

The respondent, Aveion Cason, having failed to appear, plead or otherwise defend in this action, and default having been entered on May 19, 2010, and counsel for petitioner having requested judgment against the defaulted respondent and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of petitioner, Ronald Slavin, and against respondent, Aveion Cason, in the amount of Eighteen Thousand, Nine Hundred Eighty-Six Dollars and Sixty One Cents ($18,986.61) plus interest on the judgment at the legal rate until the judgment is satisfied.

JUN 1 - 2010

U.S. District Judge
William M. Conley